UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBECCA KOHLER,

    Plaintiff,

v.                                        Case No. 8:25-cv-2258-SDM-CPT

GEICO GENERAL
INSURANCE COMPANY,

    Defendant.
_____/

### **O R D E R**

This cause is before the Court sua sponte. Under 28 U.S.C. § 455, a judge must disqualify himself in any proceeding in which his impartiality might reasonably be questioned. *See* 28 U.S.C. § 455(a). And if the proper grounds do exist, a judge has an affirmative and self-enforcing obligation to remove himself from a case on his own accord. *See United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989).

After careful review, the undersigned has determined that his recusal is warranted in this action due to a financial interest in one of the parties. *See* 28 U.S.C. § 455(a). Accordingly, the Clerk of Court is directed to reassign this case to another magistrate judge by random draw and to provide notice to the parties of the newly designated magistrate judge.

SO ORDERED in Tampa, Florida, this 3rd day of November 2025.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record